**NATALIE K. WIGHT, OSB #035576**
United States Attorney
District of Oregon
**MICHAEL J. JETER, OSB #165413**
Assistant United States Attorney
michael.jeter@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
    *Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **JANET DOE,**<br><br>    Plaintiff,<br><br>    v.<br><br>**UNITED STATES OF AMERICA; SHAWN GUTIERREZ, an individual; GEORGE FOX UNIVERSITY,**<br><br>    Defendants. | **Case No. 6:24-cv-00801-MC**<br><br>**STIPULATED RULE 502(d) ORDER** |

Page 1    **STIPULATED RULE 502(d) ORDER**

It is hereby stipulated and agreed by and between the respective parties hereto by their counsel of record that:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

DATED: <u>January 8, 2025</u>               <u>/s/ Rhett G. Fraser</u>
                                                          Rhett G. Fraser, OSB No. 091080
                                                          Huegli Fraser Law

                                                          <u>/s/ Barbara C. Long</u>
                                                          Barbara C. Long, OSB No. 122428
                                                          Long Law PC
                                                          *Attorneys for Plaintiff*

DATED: <u>January 8, 2025</u>               Natalie K. Wight
                                                          United States Attorney
                                                          District of Oregon

                                                          <u>/s/ Michael Jeter</u>
                                                          Michael Jeter, OSB No. 165413
                                                          *Attorneys for Defendant United States of America*

DATED: January 8, 2025                /s/ Melisa A. Button
                                      Melisa A. Button, OSB No. 116113
                                      Hornecker Cowling LLP
                                      *Attorney for Defendant George Fox University*

DATED: January 8, 2025                /s/ Guy E Keating
                                      Guy E Keating, OSB No. 074367
                                      Schulte Anderson
                                      *Attorney for Defendant Shawn Gutierrez*

**IT IS SO ORDERED.**

DATED:   1/31/2025

                                      s/Michael J. McShane
                                      Judge Michael J. McShane
                                      United States District Court Judge